VERDICT FOR DEFENDANT.

————◆ ❖ ◆————

*PARMELE'S CASE.*

HE was summoned as a juror. It appeared he
was a single man, who rented a store, and boarded
at another man's table. The act, 1805, *ch.* 26,
*sect.* 5, requiring a juror to be *a house-keeper,*
he was discharged.

A man, rent-
ing a store,
but boarding
out, not qua-
lified to be a
juror.